THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WINSTON GAJADHAR, Appellant.

Submitted May 21, 2007; decided June 5, 2007

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE LEON, Appellant.

Submitted May 29, 2007; decided June 5, 2007

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY LOUIS, Appellant.

Submitted May 21, 2007; decided June 5, 2007

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.